IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DEWAYNE D. ELLIS**                                                                                           **PETITIONER**
**ADC #54585-060**

v.                              Case No. 2:13-cv-00097-KGB/JJV

**ANTHONY HAYNES, Warden,**
**FCC Forrest City, AR**                                                                                      **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. It is therefore ordered that the petition for writ of habeas corpus (Dkt. No. 1) is dismissed without prejudice so that the petitioner Dewayne D. Ellis may exhaust his administrative remedies.

SO ORDERED this 9th day of May, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE