IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DEWAYNE D. ELLIS**                                                                                   **PETITIONER**
**ADC #54585-060**

v.                                   Case No. 2:13-cv-00097-KGB/JJV

**ANTHONY HAYNES, Warden,**
**FCC Forrest City, AR**                                                                              **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case be dismissed without prejudice.

SO ADJUDGED this 9th day of May, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE